**No. 51953.**—Air Express International Agency, Inc. *v.* United States, protest 127247–K (Tampa).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.